## WISE & LYNN

*v.*

## THE COLUMBIAN TURNPIKE COMPANY,

1812.

March 9th.

### Present.....All the Judges.

Upon a writ of error to the Circuit Court for the district of Columbia, this Court has no jurisdiction, if the sum awarded be less than 100 dollars, although a greater sum may have been originally claimed.

THE Columbian Turnpike Company obtained a rule upon the Plaintiffs in error, Wise and Lynn, to show cause why this writ of error should not be dismissed for want of jurisdiction, the matter in dispute being less than 100 dollars, and the writ of error being to the Circuit Court for the district of Columbia.

*March 14.*

Upon the return of the rule, it appearing that the sum awarded was only 45 dollars, the COURT, all the Judges being present, decided that they had no jurisdiction, although the sum claimed by *Wise & Lynn*, before the commissioners of the road, was more than 100 dollars.

*Writ of error dismissed.*